UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENE BALLONOFF,<br><br>    Plaintiff,<br><br>    v.<br><br>TOM LUCAS, et al.,<br><br>    Defendants. | Case No. 4:19-cv-01337-KAW<br><br>**ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS WITH LEAVE TO AMEND; ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 2 |

The Court has received Plaintiff's complaint and application to proceed *in forma pauperis* (IFP). The Court may authorize a plaintiff to file an action in federal court without prepayment of fees or security if the plaintiff submits an affidavit showing that he or she is unable to pay such fees or give security therefor. 28 U.S.C. § 1915(a). The *in forma pauperis* statute also provides that the Court shall dismiss the case if at any time the Court determines that the allegation of poverty is untrue, or that the action (1) is frivolous or malicious, (2) fails to state a claim on which relief may be granted; or (3) seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2).

Plaintiff's IFP application, however, is incomplete as filed, and is DENIED with leave to amend. Specifically, Plaintiff has not fully answered question number(s) 1, 2, 4, 6, 7, 8, 9, and 10. Plaintiff may submit an amended IFP application that is completed in full by **June 21, 2019** or pay the filing fee.

///

///

///

///

Additionally, the case management conference scheduled for June 11, 2019 is continued to **September 3, 2019** at 1:30 p.m. in Courtroom 4, U.S. District Court, 1301 Clay Street, Oakland, California. Case management statements are due by **August 27, 2019**.

IT IS SO ORDERED.

Dated: June 4, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge