UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENE BALLONOFF,<br>　　　　Plaintiff,<br>　　v.<br>TOM LUCAS, et al.,<br>　　　　Defendants. | Case No. 4:19-cv-01337-KAW<br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S ADMINISTRATIVE MOTION TO CHANGE DEADLINE FOR FILING HER AMENDED IFP APPLICATION**<br>Re: Dkt. No. 10 |

　　　　On June 20, 2019, Plaintiff filed an administrative motion to change the deadline for filing her amended application to proceed in forma pauperis ("IFP"). (Pl.'s Mot., Dkt. No. 10.) The Court previously denied her IFP application, because it was incomplete, and ordered her to submit an amended application or pay the filing fee by June 21, 2019. (Dkt. No. 8.)

　　　　In the administrative motion, Plaintiff reports that she suffered a concussion, which interferes with her ability to represent herself, such that she is unable to proceed with prosecuting her case at this time. (Pl.'s Mot. at 1.) As a result, Plaintiff requested an extension of time until November 13, 2019 to pay court fees or to submit an amended IFP application. (Pl.'s Mot. at 1-2.)

　　　　More than three months have passed since the filing of the motion, such that Plaintiff's cognitive abilities should not be so impaired that she cannot file an amended IFP application. If necessary Plaintiff may obtain assistance from the Federal Pro Bono Project's Help Desk—a free service for pro se litigants. While the Help Desk will not represent her, its attorneys may assist her in filling out the amended IFP application, and Plaintiff may make a free appointment by calling (415) 782-8982.

//

//

Accordingly, Plaintiff's request for an extension of time to file her IFP application is GRANTED IN PART AND DENIED IN PART. Plaintiff shall file an amended IFP application or pay the filing fee by **October 18, 2019**.

IT IS SO ORDERED.

Dated: September 26, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge