UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENE BALLONOFF,<br><br>    Plaintiff,<br><br>    v.<br><br>TOM LUCAS, et al.,<br><br>    Defendants. | Case No. 19-cv-01337-JST<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff filed a complaint *pro se* on March 12, 2019, ECF No. 1, and has yet to serve Defendants. In his January 7, 2020 order declining as moot a report and recommendation to dismiss the case, Judge Chen reminded Plaintiff of her "obligation to serve her complaint on all Defendants in the case" and pointed her to the Northern District's resources for pro se litigants. ECF No. 20. In his February 24, 2020 order granting Plaintiff's request to transfer the case to Oakland and extend the time to obtain waivers of service, Judge Chen gave Plaintiff 45 days to obtain such waivers. ECF No. 23.

This case has now been pending for more than a year. Judge Chen's deadline has passed. The Plaintiff has not served the Defendants or obtained waivers of service.

District courts have the inherent authority, as well as authority under Rule 41(b) of the Federal Rules of Civil Procedure, to dismiss a plaintiff's action with prejudice for failure to prosecute. *Link v. Wabash R. Co.*, 370 U.S. 626, 629-30 (1962); Fed. R. Civ. P. 41(b). The Court

///

///

///

///

now orders Plaintiff, by May 20, 2020, to serve Defendants, obtain waivers of service, or show cause why her case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated:  April 29, 2020



JON S. TIGAR
United States District Judge